UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATHAN J. WEBSTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-847** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | **SECTION "F"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's false arrest claims against all defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining claims against the Louisiana Department of Public Safety and Corrections are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining official-capacity claims against James LeBlanc, Robert C. Tanner, Mike Todd, and Darryl Mizell for monetary damages also are DISMISSED **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining individual-capacity claims against Walter P. Reed and Lewis V. Murray for monetary damages also are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any remaining claims against any remaining defendants are **DISMISSED WITH PREJUDICE** to their being asserted again until the <u>Heck</u> conditions are met.

New Orleans, Louisiana, this  16th  day of _____March_____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**